IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

R. R. FREDEKING, II,

    Plaintiff,

v.                                       CIVIL ACTION NO. 3:19-0777

TRIAD AVIATION, INC.,
a corporation and
H & H PROPELLER SERVICE, INC.,
a corporation,

**JUDGMENT ORDER**

    In accordance with the accompanying Memorandum Opinion and Order, the Court **GRANTS** the defendants' Motion to Dismiss, ECF No. 5, and **DISMISSES** this case without prejudice. The Court **ORDERS** this case stricken from its docket and **DIRECTS** the Clerk to send a copy of this Judgment Order to counsel of record and any unrepresented parties.

                                        ENTER:       March 27, 2020

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE